|  |  |  |  | part and consequently affirm the judgment of the adoption court in all respects |
| --- | --- | --- | --- | --- |
|  |  |  | VAIDIK, C.J. | Concurs |
|  |  |  | BROWN, J. | Concurs |
| Cronin v. State | 62A01–1703–PC–624 | 07/24/2017 | BRADFORD, J. | Affirmed |
|  |  |  | NAJAM, J. | Concurs |
|  |  |  | RILEY, J. | Concurs |
| H.J. v. State | 49A02–1609–JV–2034 | 07/25/2017 | BROWN, J. | Affirmed |
|  |  |  | MAY, J. | Concurs |
|  |  |  | PYLE, J. | Concurs |
| Neville v. State | 49A02–1606–CR–1447 | 07/25/2017 | KIRSCH, J. | Affirmed |
|  |  |  | MATHIAS, J. | Concurs |
|  |  |  | ALTICE, J. | Concurs |
| L.M. v. State | 47A04–1612–JV–2789 | 07/25/2017 | MATHIAS, J. | Affirmed |
|  |  |  | KIRSCH, J. | Concurs |
|  |  |  | ALTICE, J. | Concurs |
| Klenner v. Klenner | 41A01–1701–DR–71 | 07/25/2017 | MATHIAS, J. | Affirmed |
|  |  |  | KIRSCH, J. | Concurs |
|  |  |  | ALTICE, J. | Concurs |
| Mituski v. State | 84A04–1611–CR–2725 | 07/25/2017 | KIRSCH, J. | Affirmed in part and remanded in part |
|  |  |  | MATHIAS, J. | Concurs |
|  |  |  | ALTICE, J. | Concurs |
| James v. State | 71A03–1702–CR–380 | 07/25/2017 | NAJAM, J. | Affirmed |
|  |  |  | KIRSCH, J. | Concurs |
|  |  |  | BROWN, J. | Concurs |
| Sexton v. State | 43A05–1703–CR–630 | 07/25/2017 | BROWN, J. | Affirmed |
|  |  |  | NAJAM, J. | Concurs |
|  |  |  | KIRSCH, J. | Concurs |
| Brown v. State | 02A05–1612–CR–2917 | 07/25/2017 | KIRSCH, J. | Affirmed |
|  |  |  | MATHIAS, J. | Concurs |
|  |  |  | ALTICE, J. | Concurs |
| Merida v. State | 69A05–1703–PC–637 | 07/26/2017 | BAILEY, J. | Affirmed |
|  |  |  | BAKER, J. | Concurs |
|  |  |  | ALTICE, J. | Concurs |